Jay Barnes (Admitted Pro Hac Vice)
David deVilleneuve (94027)
Myler Law Office
1278 South 800 East
Orem, UT 84097
Telephone: (801)225-6925
Facsimile: (801)225-8417
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

| | |
|---|---|
| EDWARD W. JEFFERS, | |
| Petitioner, | **ORDER FOR ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT** |
| v. | |
| MICHAEL ASTRUE, COMMISSIONER SOCIAL SECURITY ADMINISTRATION | Case No.: 6:06-cv-0326 |
| Respondent. | |

Upon consideration of the parties' Stipulation for Award of Attorney Fees, and the Court agreeing that fees should be awarded under the Equal Access to Justice Act (EAJA), 28 U.S.C. § 2412, Plaintiff is hereby awarded attorney fees of $1987.01 under the EAJA, said fees to be paid directly to Jay Barnes of Brad Myler and Associates, Inc.

DATED this _16_ day of _February_ 2007.

_____
UNITED STATES DISTRICT COURT JUDGE